UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Henry J. Langer and Patricia K. Langer,

Plaintiffs,

v.

United States of America,

Defendant.

Civil No. 01-1094 JMR/FLN

**ORDER**

---

Henry J. Langer, Pro Se.
Katja M. Eichinger, United States Department of Justice, for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge for a hearing on June 3, 2002, on 1) Defendant's Motion to Set Deadlines for Expert Witness Discovery [#10]; and 2) Plaintiff's Motion to Quash the Defendant's First Set of Discovery Requests [#13].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1) Defendant's Motion to Set Deadlines for Expert Witness Discovery [#10] is **GRANTED**, the Government will serve notice of experts on or before July 1, 2002. Plaintiff will provide any rebuttal experts on or before August 1, 2002; and

2) Plaintiff's Motion to Quash the Defendant's First Set of Discovery Requests [#13] is **DENIED** as it pertains to Plaintiff's Motion to Quash; and **GRANTED** as it pertains to Defendant's Response Motion to Compel Discovery Responses.

DATED: June 6, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge

FILED JUN 7 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______