UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1094(JMR/FLN)

| | | |
|---|---|---|
| Henry Langer, et al. | ) | |
| | ) | |
| v. | ) | DISQUALIFICATION ORDER |
| | ) | |
| United States of America | ) | |

The above-captioned case has been assigned to the undersigned. This Court disqualifies itself from hearing this matter, pursuant to 28 U.S.C. §455. Accordingly, IT IS ORDERED that:

The Clerk of Court is directed to reassign this action pursuant to this Court's assignment of cases order, filed April 2, 2001.

Dated: September 10th, 2002

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED SEP 13 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

Pursuant to an Order of Reassignment of Related Cases, this case is reassigned to

Judge Michael J. Davis
and
Chief Magistrate Judge Jonathan G. Lebedoff

NEW CASE INFORMATION 01-1094 MJD/JGL
Please use this case information for all further filings.