IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| HENRY J. LANGER and PATRICIA K. LANGER, | ) | Case No. 01-1094 (~~JMR/FLN~~) MJD/JGL |
| Plaintiffs, | ) | |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | ORIGINAL |

**PARTIES' STIPULATION TO AN ENLARGEMENT OF TIME**

The parties stipulate to enlarge by 20 days, from October 10, 2002 to October 30, 2002, the time for the United States to respond to the Objection to the United States' Motion for Summary Judgment. The parties state the following:

1. The United States filed its Motion for Summary Judgment on July 31, 2002.

2. On September 13, 2002, the Honorable James M. Rosenbaum disqualified himself in this case.

3. The case was then assigned to the Honorable Michael J. Davis.

4. The Langers, after an agreed upon extension to respond to the United States Motion for Summary Judgment, filed their Objection to the United States' Motion Summary Judgment on September 30, 2002.

5. Government counsel did not receive a copy of the Objection by mail until October 5, 2002.

FILED OCT 10 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREFORE, the parties respectfully request that the Court enlarge by 20 days, from October 10, 2002 to October 30, 2002, the time for the United States to respond to the Objection.

**SO ORDERED**

HONORABLE JONATHAN LEBEDOFF
UNITED STATES CHIEF MAGISTRATE JUDGE

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

KATJA M. EICHINGER
Tax Division, U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0170
Fax: (202) 514-6770
D.C. Bar No. 464925

HENRY J. LANGER
7101 Antrim Court
Edina, MN 55439

PATRICIA LANGER
7101 Antrim Court
Edina, MN 55439