ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| HENRY J. LANGER and PATRICIA K. LANGER, | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 01-1094 (MJD/JL) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE ITS SECOND SUMMARY JUDGMENT MOTION OUT OF TIME**

For good cause shown, it is hereby

ORDERED that the United States's motion for leave to file its second summary judgment motion out of time is hereby GRANTED; and that it is further

ORDERED that the United States is directed to file its second summary judgment motion within 15 days of entry of this Order.

IT IS SO ORDERED

Date: August 12, 2003

MICHAEL J. DAVIS
United States District Court

AUG 13 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________