UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HENRY J. LANGER,

Plaintiff,

v.

**ORDER**
Civil File: 01-1094(MJD/JGL)

UNITED STATES OF AMERICA,

Defendant,

This matter is before the Court on plaintiff's motion to Vacate and Revise Order Granting United States Motion for Leave to File its Second Summary Judgment Motion Out of Time. Plaintiff's Motion is **DENIED**.

Aug. 25, 2003
Date

Michael J. Davis
Judge Michael J. Davis
United States District Court

FILED AUG 2 6 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK