UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 01-1094 (MJD/JGL)

HENRY LANGER, ET AL.,

Plaintiffs,

v.

**ORDER OF REFERRAL**

UNITED STATES OF AMERICA,

Defendant.

---

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Jonathan G. Lebedoff is designated to conduct hearings on all non-dispositive and dispositive motions. In regard to dispositive motions, Magistrate Judge Lebedoff is to submit proposed findings of fact and recommendations of law on any motions (including motions to dismiss or for summary judgment) which may be filed in this matter. Any such motions shall be noticed for hearing before Magistrate Judge Jonathan G. Lebedoff.

Dated: 9-9-03

Michael J. Davis, Judge
United States District Court

FILED SEP 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________