# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

HENRY J. LANGER and
PATRICIA K. LANGER,

Plaintiffs,

v.

**ORDER**
Civil File No. 01-CV-1094 (MJD/JGL)

UNITED STATES OF AMERICA,

Defendant.

Henry and Patricia Langer, *pro se.*
Kari M. Larson for, and on behalf of, the United States of America.

The above-entitled matter comes before the Court for review of the October 31, 2003 Report and Recommendation of Chief United States Magistrate Judge Jonathan Lebedoff.

The plaintiff objects to the Magistrate Judge's Recommendation that defendant's the Second Motion for Summary Judgment be granted, alleging that there are genuine issues of material fact to be considered by a jury.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review, the Court **ADOPTS** the Chief Magistrate Judge's October 31, 2003 Report and Recommendation.



FILED DEC 1 7 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**IT IS HEREBY ORDERED that:**

1. Defendant's Second Motion for Summary Judgment. [Docket No.45] is **GRANTED**.

12-16-03
Date

Judge Michael J. Davis
United States District Court

# UNITED STATES DISTRICT COURT
## District of Minnesota

700 Federal Building
316 North Robert Street
St. Paul, MN 55101

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

417 Federal Building
515 West First Street
Duluth, MN 55802

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

> ***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.