UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
CLERK'S OFFICE

# RECORDS TRANSMITTAL SHEET

RECEIVED
FEB 17 2005
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**DATE:** February 16, 2005

RE: 04-1407 Patricia Langer vs. United States

**TO:** Mr. Richard Sletten

**FROM:** James Foster

Enclosed are the following records for return to your office:

Original file: 2 vols.and 2 exp. folders

Transcript:

Deposition:

Sealed:

Exhibits:

Other:

[ ] Case closed

[ ] Counsel appointed

[ ] Per your request

[ ] Return to this office

Enclosure(s)

(5218-010199)

District Court/Agency Case Number(s): CIV 01-1094 MJD/JGL

jjf

SCANNED
FEB 23 2005
U.S. DISTRICT COURT MPLS