UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| HENRY J. LANGER and PATRICIA K. LANGER, Plaintiffs, | ) | |
| v. | ) | Civil No. 01-1094 (MJD/JGL) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

NOTICE OF SUBSTITUTION OF COUNSEL

TO: CLERK OF THE COURT; and

Henry J. Langer
7101 Antrim Court
Edina, MN 55439

Patricia K. Langer
7101 Antrim Court
Edina, MN 55439

PLEASE TAKE NOTICE that Mary E. Bielefeld is hereby substituted as Trial Attorney for the Tax Division, United States Department of Justice, in place of Kari M. Larson, Trial Attorney for the Tax Division, United States Department of Justice, representing the defendant United States in the above-entitled case. Please remove Kari M. Larson as counsel for the defendant, United States, in this case.

You are advised that service of all further pleadings, notices, orders, documents and other papers may be made upon the United States of America by serving the undersigned attorneys at the address stated below.

Dated this 7th day of June, 2005.

THOMAS B. HEFFELFINGER
United States Attorney

s/ Mary E. Bielefeld

MARY E. BIELEFELD, DC #384603
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9375
Facsimile: (202) 514-6770
Email: mary.e.bielefeld@usdoj.gov
Central.taxcivil@usdoj.gov