UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| HENRY J. LANGER and PATRICIA K. LANGER, Plaintiffs, | ) | |
| v. | ) | Civil No. 01-1094 (MJD/JGL) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing NOTICE OF SUBSTITUTION OF COUNSEL has been made this 7th day of June, 2005, by mailing true and correct copies thereof to:

Henry J. Langer
7101 Antrim Court
Edina, MN 55439

Patricia K. Langer
7101 Antrim Court
Edina, MN 55439

s/ Mary E. Bielefeld

MARY E. BIELEFELD, DC #384603
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9375
Facsimile: (202) 514-6770
Email: mary.e.bielefeld@usdoj.gov
Central.taxcivil@usdoj.gov