UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PATRICA K. LANGER, ET AL.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil No. 01-1094 MJD/AJB

NOTICE OF FINAL
SETTLEMENT CONFERENCE

---

The above-referenced case is assigned to Judge Michael J. Davis for trial. A settlement conference will be held on January 19, 2006 at 9:00 a.m., in Suite 720, 180 East 5th Street, St. Paul, Minnesota, before the undersigned United States Magistrate Judge.

Counsel who will actually try the case and each party, armed with full settlement discretion, shall be present. If individuals are parties to this case, they shall be present. If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present. This means that each party must attend through a person who has the power to change that party's settlement posture during the course of the conference. If the party representative has a limit, or "cap" on his or her authority, this requirement is not satisfied. If an insurance company is involved, the responsible agent must be present.

Each party shall submit to the undersigned at least two days before the date of the settlement conference a confidential letter setting forth the parties' respective settlement positions. **This letter shall be submitted to the undersigned by e-mail to the following address: boylan_chambers@mnd.uscourts.gov or mailed to 638 U.S. Courthouse, 316 North Robert Street, St. Paul, MN 55101.**

Failure of any party to submit this letter will result in the settlement conference being

rescheduled and the imposition of an appropriate sanction on the party whose failure caused the conference to be postponed. Additional sanctions may be imposed for failure to comply with any of the other foregoing instructions.

Dated: January 10, 2006

s/ Arthur J. Boylan
ARTHUR J. BOYLAN
United States Magistrate Judge