UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HENRY J. LANGER and<br>PATRICIA K. LANGER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil No. 01-1094 (MJD/JGL) |

NOTICE OF SUBSTITUTION OF COUNSEL

TO: CLERK OF THE COURT; and

Henry J. Langer
7101 Antrim Court
Edina, MN 55439

Patricia K. Langer
7101 Antrim Court
Edina, MN 55439

PLEASE TAKE NOTICE that Thomas M. Newman is hereby substituted as Trial Attorney for the Tax Division, United States Department of Justice, in place of Mary E. Bielefeld, Trial Attorney for the Tax Division, United States Department of Justice, representing the defendant United States in the above-entitled case. Please remove Mary E. Bielefeld as counsel for the defendant, United States, in this case.

You are advised that service of all further pleadings, notices, orders, documents and other papers may be made upon the United States of America by serving the undersigned attorneys at the address stated below.

Dated this 12th day of January, 2006.

THOMAS B. HEFFELFINGER
United States Attorney

s/ Thomas M. Newman

THOMAS M. NEWMAN
Connecticut Bar No. 422187
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9926
Facsimile: (202) 514-6770
Email: thomas.m.newman@usdoj.gov