UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| HENRY J. LANGER and PATRICIA K. LANGER, Plaintiffs, | ) | |
| v. | ) | Civil No. 01-1094 (MJD/JGL) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing NOTICE OF SUBSTITUTION OF COUNSEL has been made this 12th day of January, 2006, by mailing true and correct copies thereof to:

Henry J. Langer
7101 Antrim Court
Edina, MN 55439

Patricia K. Langer
7101 Antrim Court
Edina, MN 55439

s/ Thomas M. Newman

THOMAS M. NEWMAN
Connecticut Bar No. 422187
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9926
Facsimile: (202) 514-6770
Email: thomas.m.newman@usdoj.gov