# UNITED STATES DISTRICT COURT

**District of Minnesota**
**700 Federal Building**
**316 North Robert Street**
**St. Paul, MN 55101**
**Phone: 651-848-1100**

**Case Number:** 01-1094 **Case Title:** Patricia K. Langer, et al. v. U.S.

## MOTION FOR ADMISSION PRO HAC VICE

## FOR U.S. GOVERNMENT ATTORNEY USE ONLY

(Filing Fee Waived)

Affidavit of Proposed Admittee

I, Thomas M. Newman certify that I am currently a member in good standing of the bar of the United States District Court for the District of Western District of Missouri but am not admitted to the bar of this court. I will be representing the Department of Justice (Government Agency) in the action listed above. I further certify that I understand that the District of Minnesota is an electronic court and I consent to service required by Fed.R.Civ.P. 77 by electronic means and I understand that electronic notice will be in lieu of service by mail unless the Court learns that a failure has occurred in which case service will be effected by mail within 24 hours.

Affiant's Signature [signature] Date: 1/12/06

Affiant's Typed Name Thomas M. Newman Affiant's State Bar ID: 422187(CT)

Government Agency: Department of Justice Telephone: 202-616-9926

Suite/Building : P.O. Box 7238 Ben Franklin Fax: (202)514-6770

Street Address : station E-mail: thomas.m.newman@usdoj.gov

City State Zip : Washington, DC 20044

**Affidavit/Certification**

I hereby certify that the affiant listed herein is employed as an attorney by this United States government agency.

Signature [signature] Date Jan 12, 2006

Typed Name Ann C. Reid

Title Assistant Section Chief, Central Section

US Agency U.S. Department of Justice, Tax Division

Note: This page shall be converted to PDF and e-filed in ECF - do not e-file the instruction page. This original shall be retained by the filer through the end of any appeal period. If e-filing is not possible, please mail to: Attorney Admissions, 700 Federal Building, 316 N. Robert St., St. Paul, MN 55101.