UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HENRY J. LANGER and PATRICIA K. LANGER, Plaintiffs, | |
| v. | Civil No. 01-1094 (MJD/JGL) |
| UNITED STATES OF AMERICA, Defendant. | |

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing MOTION TO HAVE CASE SET FOR NON-JURY TRIAL AND BRIEF IN SUPPORT has been made this 17th day of January, 2006, by mailing true and correct copies thereof to:

Henry J. Langer
7101 Antrim Court
Edina, MN 55439

Patricia K. Langer
7101 Antrim Court
Edina, MN 55439

s/ Thomas M. Newman

THOMAS M. NEWMAN
Connecticut Bar No. 422187
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9926
Facsimile: (202) 514-6770
Email: thomas.m.newman@usdoj.gov

1500810.1